| | | | |
|---|---|---|---|
| Com. v. Melendez | 1170 MDA 2016<br>Appeal<br>dismissed | 01/27/2017 | CP–06–CR–0000136–<br>2002<br>(Berks) |
| In re N.L.; Appeal of Y.C. | 1330 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/27/2017 | 1121–2015, 985–2015,<br>986–2015, 987–2015<br>(Lancaster) |
| Com. v. York | 1342 MDA 2016<br>Affirmed | 01/27/2017 | CP–36–CR–0001542–<br>2000<br>(Lancaster) |
| In the Int. of A.L.C.K.; Appeal of L.K. | 1463 MDA 2016<br>Affirmed | 01/27/2017 | 251 of 2016<br>(Lancaster) |
| In re Dwyer; Appeal of National Indemnity | 149 WDA 2016<br>Reversed | 01/27/2017 | No. 12296 CD 2015<br>(Indiana) |
| Com. v. Blank | 341 WDA 2016<br>Affirmed | 01/27/2017 | CP–25–CR–0001997–<br>2011<br>(Erie) |
| Gallagher v. Geico Indemnity | 352 WDA 2016<br>Affirmed | 01/27/2017 | No. 5561 of 2014<br>(Westmoreland) |
| Com. v. Dibble | 594 WDA 2016<br>Affirmed | 01/27/2017 | CP–42–CR–0000583–<br>2015<br>(McKean) |
| Com. v. Harris | 683 WDA 2016<br>Affirmed | 01/27/2017 | CP–43–CR–0000038–<br>2014<br>(Mercer) |
| Com. v. Walsh | 925 WDA 2016<br>Affirmed | 01/27/2017 | CP–02–SA–0000836–<br>2016<br>(Allegheny) |
| D.W. v. F.T. | 1007 WDA 2016<br>Affirmed | 01/27/2017 | 11815 C.D. 2014<br>(Indiana) |
| Com. v. Lee | 1130 WDA 2016<br>Affirmed | 01/27/2017 | CP–02–CR–0009538–<br>2002<br>(Allegheny) |
| In the Interest of W.R.B.; Appeal of S.B. | 1143 WDA 2016<br>Appeal<br>dismissed | 01/27/2017 | 2016 AD 8<br>(Blair) |
| In the Interest of W.R.B.; Appeal of S.B. | 1144 WDA 2016<br>Appeal<br>dismissed | 01/27/2017 | Docket No. CP–7–DP–<br>64–2013<br>(Blair) |
| In re W.R.B.; Appeal of T.S. | 1242 WDA 2016<br>Affirmed | 01/27/2017 | No. 2016 A.D. 8<br>(Blair) |
| In re Adoption of M.M.; Appeal of R.M. | 1243 WDA 2016<br>Affirmed | 01/27/2017 | 12 Adopt 2016<br>(Fayette) |
| Com. v. Lewis | 2957 EDA 2015<br>Affirmed | 01/30/2017 | CP–51–CR–0012196–<br>2013<br>(Philadelphia) |
| Com. v. Smith | 3542 EDA 2015<br>Affirmed | 01/30/2017 | CP–51–CR–1115931–<br>1991<br>(Philadelphia) |